IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DAVID M. HERNANDEZ, )<br>)<br>Defendant. ) | 8:10CR158<br><br>ORDER |

This matter is before the court on defendant's MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS [230]. The record shows that this deadline has already expired on June 10, 2010. The present motion was not timely filed, and the court finds that the defendant has not shown good cause for reopening the deadline.

**IT IS ORDERED:**

Defendant's MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS [230] is denied.

A party may object to a magistrate judge's order by filing an "Objection to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED this 7th day of March, 2011.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**