IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR158 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID HERNANDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to withdraw motion for preliminary order of forfeiture (Filing No. 519).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted.  The motion for preliminary order of forfeiture (Filing No. 518) is deemed withdrawn.

DATED this 16th day of October, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court