IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )     8:10CR158
                             )
     v.                      )
                             )
DAVID HERNANDEZ,             )     ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to extend self-surrender date (Filing No. 620).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion to extend self-surrender date is granted; defendant shall self-surrender to the institution designated by the Bureau of Prisons on or before 2 p.m. on **March 11, 2013.**

DATED this 28th day of January, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court