IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR158 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID HERNANDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At defendant's request, due to inclement weather,

IT IS ORDERED that defendant shall have until at or before 2 p.m. on March 19, 2013, to report to commence service of his sentence at Pekin, Illinois.

DATED this 11th day of March, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court